BRUCE NYE, SBN 77608
ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendants
MAYTAG CORPORATION, erroneously
sued herein as MAYTAG CORP., a
corporation dba MAGIC CHEF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| JIM and KIM HEBERT,<br><br>                    Plaintiff,<br><br>vs.<br><br>MAYTAG CORP., a corporation, dba MAGIC CHEF, and DOES 1 through 25, inclusive,,<br><br>                    Defendant. | No. 1:06-CV-01511-OWW-SMS<br><br>(Tuolumne Superior Court No. CV 52207)<br><br>**ORDER OF REMAND** |

The parties having so stipulated,

IT IS HEREBY ORDERED that this matter be, and it hereby is, remanded to the Superior Court for the County of Tuolumne.

DATED: __February 23, 2007_____         _/s/ OLIVER W. WANGER_____
                                                                          United States District Court Judge